ACCEPTED
05-15-00812-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/9/2015 12:49:56 PM
LISA MATZ
CLERK

**IN THE
COURT OF APPEALS
FIFTH DISTRICT OF TEXAS AT DALLAS**

**NO. 05-15-00812-CV**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/9/2015 12:49:56 PM
LISA MATZ
Clerk

**STEPHEN L. GOODMAN
Appellant**

**v.**

**COMPASS BANK,
Appellee**

_____

**APPELLEE'S UNOPPOSED FIRST MOTION FOR EXTENSION
OF TIME TO FILE APPELLEE'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS FOR
THE FIFTH DISTRICT OF TEXAS AT DALLAS:**

Appellee, Compass Bank, hereby moves for an extension of time to file its Appellee's Brief in this appeal pursuant to Tex.R.App.P. 10.5.

1.     Appellee's brief is currently due on November 9, 2015.

2.     Appellee seeks a thirty day extension to file its brief.

3.     An extension is requested because counsel for Appellee is a sole practitioner and has had an exceptionally busy schedule since Appellant's brief was filed, thereby necessitating this request for an extension to prepare and file Appellee's brief.

4.     No previous extensions have been requested or granted.

**WHEREFORE**, Appellee requests an additional thirty days to file its Appellee's Brief.

Respectfully submitted,

_____
Jack M. Kuykendall
State Bar No. 11771600
Law Offices of Jack M. Kuykendall
5001 Spring Valley Road, Suite 400 East
Dallas, Texas   75244
972-383-1540
972-200-9933 fax
- **ATTORNEY FOR APPELLEE
  COMPASS BANK**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to Defendant Stephen L. Goodman, by and through his attorneys of record, William L. Wolf and Christopher Chapaneri, Wolf & Henerson, P.C., 4309 Irving Avenue, Dallas, Texas  75219,via electronic delivery on this the 9th day of November, 2012.


_____
Jack M. Kuykendall


## CERTIFICATE OF CONFERENCE

Counsel for Appellee communicated with William Wolf, counsel for Appellant, on November 6, 2015, and said counsel had no opposition to this motion.


_____
Jack M. Kuykendall